Order entered November  , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00095-CR
No. 05-12-00096-CR
No. 05-12-00097-CR

**THOMAS LEE NIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause Nos. 003-82321-10, 003-82323-10, 003-82324-10**

## ORDER

The Court **REINSTATES** this appeal.

On October 8, 2012, we ordered the trial court to make findings regarding why the clerk's records have not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is not indigent and will make payment for the record within ten days of October 24, 2012; and (3) the clerk's records will be filed within thirty days of October 24, 2012 if payment is made.

We **ORDER** the Collin County Clerk to file, within **THIRTY DAYS** of the date of this order, either the clerk's records or written verification that appellant has not paid for the records.

*We notify appellant that if we receive verification of non-payment, we will, without further notice, dismiss the appeals. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County Clerk and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE